for writ of certiorari to the Supreme Court of Nebraska denied. *Mr. Leonard A. Flansburg* for petitioners. *Mr. J. A. C. Kennedy* for respondent.

No. 216. SANTA BARBARA COUNTY ET AL. *v.* THOMAS B. BISHOP Co. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Percy C. Heckendorf* and *David R. Faries* for petitioners. *Messrs. S. M. Haskins* and *Sterling Carr* for respondent.

No. 217. DUGGER, TRUSTEE, *v.* JENKINS ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ernest F. Smith* for petitioner. *Mr. Collins Denney, Jr.* for respondents.

No. 218. MAGALHAES *v.* ROJAS ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Maurice Leon, Joseph H. Choate, Jr., Oscar Lawler,* and *Max Felix* for petitioner. *Mr. Louis W. Myers* for respondents.

No. 219. MISSISSIPPI EX REL. ROY *v.* McLEAN. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Gerald Fitzgerald* for petitioner. No appearance for respondent.

No. 220. UNJIENG *v.* PHILIPPINE ISLANDS ET AL. October 10, 1938. Petition for writ of certiorari to the Su-